# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WILLIAM L. GASKIN**                                                                           **PLAINTIFF**

**V.**                                                                  **NO. 4:11CV020-P-S**

**COMMISSIONER CHRISTOPHER EPPS, et al.**                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the Plaintiff's complaint is DISMISSED for failure to state a claim for which relief may be granted.

**IT IS SO ORDERED.**

THIS the 25th day of March, 2011.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE